UNITED STATES OF AMERICA,                    )
                    plaintiff,               )
                                             )
            vs.                              )
                                             )
RODNEY PARKER.                               )
            defendant.                       )
                                             )

08 mj 451 / 08 cr 854-LAB

MOTION TO DISMISS MY

ATTORNEY, 2255 AND ~~2-1-2008~~

TO REQUEST THE COURT 3/14/08 PDz

FOR MY DISCOVERY, THIS

INLCUDES TAPES, C, D, s &

ANY TYPE OF NOTES OR

ROUGH NOTES TAKEN.

NUNC PRO TUNC

FILED

08 MAR 24 PM 1:47

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIF

BY: _____

DEPUTY

1    NOW COMES THIS MOTION TO ASK THE COURT TO DISMISS MY ATTORNEY,

2    MR, GREG MURPHY AT FEDERAL DEFENDERS LAW FIRM. DUE TO THE FACT

3    FACT THAT HE HAS NOT HAD BUT ONE VISIT TO M.C.C. AND THAT WAS

4    SO THAT I WOULD TAKE THE FIRST DEAL THE GOVERNMENT OFFER, AND

5    THIS WAS WITH OUT HIM EVER KNOWING ANYTHING ABOUT ME OR MY CO-

6    DEFENDANT. AND  AT THAT TIME I' ASK HIM FOR MY DISCOVERY AND HE

7    HAS NOT MAIL THEM TO ME. SO I'M ALSO REQUESTING TO GET ANY OF

8    TYPE OF RECORDS KEPT, WHETHER THEY WHERE WRITTEN RECORDED OR

9    IN ROUGH NOTES. I'WANT THEM ALL.

10

11

12                                        *Rodney Parker*

13                                          3/12/2008

14

15

16

17

18

19

20

21

22

23

24