# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA        2008 APR 14   A CASE NUMBER  08CR0854-LAB

vs                                          ABSTRACT OF ORDER

Angela Wittmer                              Booking No._____

TO THE UNITED STATES MARSHAL AND / OR WARDEN, METROPOLITAN CORRECTIONAL CENTER:

Be advised that under date of _____ 4/14/08 _____

the Court entered the following order:

__X__ Defendant be released from custody.

_____ Defendant placed on supervised / unsupervised probation / supervised release.

_____ Defendant continued on supervised / unsupervised probation / supervised release
and released from custody.

__X__ Defendant released on $ 25,000 P/S bond posted.

_____ Defendant appeared in Court. FINGERPRINT & RELEASE.

_____ Defendant remanded and ( _____ bond) ( _____ bond on appeal) exonerated.

_____ Defendant sentenced to TIME SERVED, supervised release for _____ years.

_____ c.c. judgment Court of Appeals ( _____ affirming) ( _____ reversing) decision of this Court:

_____ dismissing appeal filed.

_____ Bench Warrant Recalled.

_____ Defendant forfeited collateral.

_____ Case Dismissed.

_____ Defendant to be released to Pretrial Services for electronic monitoring.

__X__ Other. Defendant to be released to her attorney Maxine Dobro by 1:30 pm.

UNITED STATES MAGISTRATE JUDGE

OR

Received _____        W. SAMUEL HAMRICK, JR. Clerk
DUSM                                 by _____ Deputy Clerk

Crim-9   (Rev 6-95)                              ★ U.S. GPO: 1996-783-398/40151

CLERKS' COPY