**UNITED STATES v. RODNEY PARKER**
**U.S.D.C. Case No. 08CR0854-LAB-01**

**INDEX OF EXHIBITS**

Declaration of Rodney Parker (Exhibit A) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . Page 2



# EXHIBIT A

```
 1 │ GREGORY T. MURPHY
   │ California State Bar No. 245505
 2 │ FEDERAL DEFENDERS OF SAN DIEGO, INC.
   │ 225 Broadway, Suite 900
 3 │ San Diego, CA 92101-5008
   │ (619) 234-8467/Fax: (619) 687-2666
 4 │ E-Mail: gregory_murphy@fd.org
 5 │ Attorneys for Rodney Parker
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE LARRY A. BURNS)**

| UNITED STATES OF AMERICA, | ) | Case No. 08CR0854-LAB-01 |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **DECLARATION OF RODNEY PARKER** |
| RODNEY PARKER, | ) | |
| Defendant. | ) | |

# DECLARATION OF RODNEY PARKER

I, Rodney Parker, declare under penalty of perjury as follows:

1. I am the defendant in the above entitled case.

2. On the day of my arrest, I was wearing a button-down shirt with sleeves that extended to my elbows. Only the tattoos on my forearms were visible. Those tattoos are the words "hot rod," one on each arm.

3. "Hot Rod" is my mother's nickname for me. Some close friends also call me "Hot Rod" because of my interest in cars.

4. A sheriff's car followed me out of the gun show parking lot. As soon as I reached the street, the officers turned on their lights and signaled for me to stop.

5. I pulled the vehicle over immediately.

6. Detective Berlinsky approached the driver's side window.

7. A second sheriff's deputy also approached my car. He stood next to the passenger's side window.

8. Both the detective and the deputy had their hands on their firearms when they approached the car. They kept their hands on their guns while they talked to me.

9. The detective asked for my license and registration.

10. I gave him my license and asked my girlfriend to pass over the registration.

11. The detective took our documents back to his patrol car.

12. Approximately 10 minutes later, two federal agents approached.

13. They told me to get out of the vehicle and walk around to the curb.

14. I did not feel I had any choice but to comply.

15. When I got out of the car, I noticed that a second sheriff's patrol car had joined us. There were two additional uniformed sheriff's officers.

16. The agents asked if they could ask me some questions.

17. At this point, I was surrounded by four federal agents and four sheriffs officers.

3

18. The sheriffs had their hands on their guns.

19. I felt threatened by the large number of officers and by the fact that they had their hands on their guns.

20. The agents did not read my Miranda rights.

21. They told me they knew I was a felon.

22. They asked why I had been at the gun show.

23. I explained that my girlfriend wanted to buy a gun, and that I had purchased some ammunition for her uncle as a birthday present.

24. The agents then handcuffed me.

25. The federal agents apparently were using unmarked sedans.

26. They placed me in one of the sedans with my girlfriend.

27. The officer drove the sedan closer to the arrest site, explaining he was concerned about leaving his car far from the scene.

28. I saw no indication inside or outside the car that it was a police vehicle.

29. We sat alone in the unmarked car for approximately one hour while the agents searched my car.

30. During this time, I spoke with my girlfriend.

31. We did not discuss a plan for her to buy a gun for me.

32. I did not know our conversation was being recorded.

33. I believed our conversation was private.

34. I never consented to the search of my car.

I swear that, to the best of my knowledge and memory, the foregoing is true and correct.

Dated: 4/14/08    *Rodney Parker*
RODNEY PARKER

4