| | |
|---|---|
| 1 | **GREGORY T. MURPHY**<br>California State Bar No. 245505 |
| 2 | **FEDERAL DEFENDERS OF SAN DIEGO, INC.**<br>225 Broadway, Suite 900 |
| 3 | San Diego, CA 92101-5008<br>(619) 234-8467/Fax: (619) 687-2666 |
| 4 | E-Mail: gregory_murphy@fd.org |
| 5 | Attorneys for Rodney Parker |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE LARRY A. BURNS)**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 08CR0854-LAB-01 |
| Plaintiff, | ) | |
| v. | ) | **CERTIFICATE OF SERVICE** |
| RODNEY PARKER, | ) | |
| Defendant. | ) | |

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of his information and belief, and that a copy of the foregoing document has been served this day upon:

Joseph J.M. Orabona
joseph.orabona@usdoj.gov,glory.rascon@usdoj.gov,efile.dkt.gc1@usdoj.gov; and

Maxine I. Dobro
maxdobro@aol.com

Respectfully submitted,

DATED:      April 14, 2008            /s/ Gregory T. Murphy
                                      **GREGORY T. MURPHY**
                                      Federal Defenders of San Diego, Inc.
                                      Attorneys for Rodney Parker