MAXINE I. DOBRO
105 West F Street, 3rd Floor
San Diego, CA 92101-6036
(619) 232-5044
BAR #98962


Attorney for Defendant
ANGELA WITTMER


UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA
(Honorable Larry A. Burns)

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal No. 08-0854-LAB |
| Plaintiff, ) | **NOTICE OF MOTION AND MOTION TO: CONTINUE MOTION HEARING, JOIN IN MOTIONS OF CO-DEFENDANT RODNEY PARKER AND DECLARATIONS OF ANGELA WITTMER AND MAXINE DOBRO** |
| vs. ) | |
| ANGELA WITTMER, ) | |
| Defendant. ) | Date: 5 May 2008<br>Time: 2:00 p.m. |

TO: The Honorable Larry A. Burns and Assistant United States Attorney Joseph Orabona.

PLEASE TAKE NOTICE that on 5 May 2008, at 2:00 p.m. or as soon thereafter as the matter may be heard, the defendant, ANGELA WITTMER, by and through her attorney, Maxine I. Dobro will move this court to enter an order granting the following motions.

### MOTIONS

The defendant, ANGELA WITTMER, by and through her counsel, Maxine Dobro, pursuant to the United States Constitution, the Federal Rules of Criminal Procedure, and all other applicable statutes, case

law and local rules, hereby moves this Court for an order to:

**MOTIONS**

i) Continue the hearing on these motions.

And to join in the following motions filed by co-defendant, Rodney Parker:

A) Motion to dismiss due to racially motivated investigation.

B) Motion to Suppress due to unlawful seizure.

C) Motion to Suppress due to unlawfully prolonged stop.

D) Motion to Suppress due to interrogation in violation of <u>Miranda</u>.

E) Motion to Suppress due to involuntary statements.

F) Motion to Suppress due to violations of the electronic Communications Act.

I) Motion to Compel Discovery.

J) Motion to Compel production of grand jury transcripts. And,

L) For leave to file further motions.

These motions are based upon the instant Notice of Motions, the attached Memorandum of Points and Authorities in Support of the Motions, the files and records of the instant case and any other applicable evidence that becomes available before or during the hearing of these motions.

DATED: 14 APRIL 2008                    Respectfully submitted,


　　　　　　　　　　　　　　　　　　　　　　 /s/Maxine Dobro
　　　　　　　　　　　　　　　　　　　　　　Maxine I. Dobro,
　　　　　　　　　　　　　　　　　　　　　　for ANGELA WITTMER

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28