```
MAXINE I. DOBRO
105 West F Street, 3rd Floor
San Diego, CA 92101-6036
(619) 232-5044
BAR #98962


Attorney for Defendant
ANGELA WITTMER
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(Honorable Larry A. Burns)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal No. 08-0854-LAB |
| Plaintiff, | ) ) ) | **POINTS AND AUTHORITIES AND DECLARATIONS IN SUPPORT OF ANGELA WITTMER'S MOTIONS.** |
| vs. | ) ) | |
| ANGELA WITTMER, | ) ) ) | Date: 5 May 2008 |
| Defendant. | ) ) ) | Time: 2:00 p.m. |

**GRANTING A CONTINUANCE OF THIS MOTION HEARING IS IN THE INTEREST OF JUSTICE.**

Ms. Wittmer requests a continuance of the motion hearing in the above-referenced case for the following reasons: 1) Counsel for Angela Wittmer has a sentencing hearing in El Cajon before Judge Patricia Cookson at the same time and date as the instant hearing. That hearing was scheduled long before the instant hearing was scheduled and both the Court and the District Attorney has expressed their opinion that no continuances shall be granted. Further, only about 40 pages of discovery has been received so far. Regarding that discovery, the actual firearm form, audio tapes, and Ms. Wittmer's statement were

just received on this filing date of the motions and due to counsel's compliance with Judge McCurine's order to transport Ms. Wittmer directly from the MCC to the Family Recovery Center in Oceanside, California, counsel was unable to review said discovery with Ms. Wittmer. Careful review with Ms. Wittmer must take place before all meaningful motions can be drafted.

Counsel for Ms. Wittmer has spoken to both, co-counsel and government counsel, neither of whom are opposed to a continuance of these motion hearings.

## JOINDER

Ms. Wittmer requests to be allowed to join in motions filed by co-defendant, Rodney Parker as outlined in the Notice of Motions and Motions pleading.

DATED: 14 APRIL 2008                Respectfully submitted,


   /s/Maxine Dobro
Maxine I. Dobro,
for ANGELA WITTMER

2                                                08cr0854