MAXINE I. DOBRO
105 West F Street, 3rd Floor
San Diego, CA 92101-6036
(619) 232-5044
BAR #98962

Attorney for Defendant
ANGELA WITTMER

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**
(Honorable Larry A. Burns)

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal No. 08-0854-LAB |
| Plaintiff, | |
| | **DECLARATION OF** |
| | **ANGELA WITTMER** |
| vs. | |
| ANGELA WITTMER, | |
| | Date: 5 May 2008 |
| | Time: 2:00 p.m. |
| Defendant. | |

I, Angela Wittmer, declare as follows:

On February 16, 2008 I was a passenger in Rodney Parker's truck. We were pulled over by Sheriff's deputies as soon as we left the Del Mar Gun Show.

A Sheriff stood on each side of the truck, driver's and passenger's sides of the truck. Both Sheriff's had their hands on their firearms, both when approaching the truck and while speaking to Rodney and I.

The officers took both of our driver's licenses and Mr. Parker's registration back to their car.

Some minutes later two cars each with two federal agents

1                              08cr0854

1  approached. They ordered us out of the truck. I did not feel that I
2  had a choice in the matter.

3      Then a second Sheriff's car arrived with two more sheriff's. I
4  believe that there were 8 agents around us. They asked if they could
5  question us. I was scared.

6      No rights were read to me by any of the law enforcement officers.
7  The agents said that I was free to leave and did not need to talk but
8  without our licenses, and 8 cops surrounding us, I did not feel like
9  I had the ability or option of leaving.

10     After speaking with the cops I was arrested. I was placed in an
11 unmarked police car with my co-defendant for over an hour. We spoke
12 and I now know that we were recorded. I was unaware of the recording
13 at the time and believed we were speaking privately.

14     We never discussed a plan for me to buy a gun for Mr. Parker.
15 I declare under the penalties of perjury under the laws of the United
16 States that the foregoing is true and correct to the best of my
17 memory.

18 DATED: 14 APRIL 2008                Respectfully submitted,

19

20                                      _/s/ Angela Wittmer_____
                                       Angela Wittmer[1]
21

22

23

24

25

26 _____

27     [1]Ms. Wittmer is in a rehabilitation program. This declaration was discussed with her and she gave permission to sign. She will sign an original at or before the time of the hearing.

28                              2                    08cr0854