```
 1  MAXINE I. DOBRO
    105 West F Street, 3rd Floor
 2  San Diego, CA 92101-6036
    (619) 232-5044
 3  BAR #98962

 4
    Attorney for Defendant
 5  ANGELA WITTMER

 6

 7                    UNITED STATES DISTRICT COURT

 8                   SOUTHERN DISTRICT OF CALIFORNIA
                        (Honorable Larry A. Burns)
 9

10  UNITED STATES OF AMERICA,    )   Criminal No. 08-0854-LAB
                                 )
11          Plaintiff,            )
                                 )    DECLARATION OF
12                               )    MAXINE DOBRO
    vs.                          )
13                               )
    ANGELA WITTMER,              )
14                               )
                                 )   Date: 5 May 2008
15                               )   Time: 2:00 p.m.
            Defendant.           )
16  _____)

17  I, Maxine Dobro, declare as follows:

18      I am an attorney duly licensed to practice law in the State of

19  California. I drafted the within motions, including the section

20  stating reasons that a continuance of the motions in this matter is

21  requested. Each and every reason stated therein is true and correct.

22      I declare under the penalty of perjury under the laws of the

23  United States that the foregoing is true and correct.

24  DATED: 14 APRIL 2008                   Respectfully submitted,

25                                          /s/ Maxine I. Dobro
                                           Maxine I. Dobro, attorney for
26                                         Angela Wittmer

27

28                                    1                         08cr0854
```

1                                                   Angela Wittmer[1]

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26 ——————————

27     [1] Ms. Wittmer is in a rehabilitation program. This declaration was discussed with her and she gave permission to sign. She will sign an original at or before the time of the hearing.

28                                       2                                       08cr0854