IN THE UNITED STATES DISTRICT COURT FOR

THE SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 08CR0854-LAB |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | **CERTIFICATE OF SERVICE** |
| | ) | |
| ANGELA WITTMER, | ) | |
| Defendant. | ) | |
| _____ | ) | |

   I, the undersigned, say that I am over 18 years of age, a resident of the County of San Diego, State of California, and not a party to the within action; That my business address is 105 West F St, 3rd Flr, San Diego CA 92101;

   That I served the within Notice of Motion and Motion to Continue Motion hearing and for Joinder by serving a copy today to the clerk's office of this honorable court by e-filing for delivery to:

JOSEPH ORABONA, SPECIAL ASSISTANT U.S. ATTORNEY.

   I declare under penalty of perjury that the foregoing is true and correct.  Executed on this 14 April 2008 in San Diego, California.


DATED: 4/14/08              ___/s/ Maxine I. Dobro_____
                            Maxine I. Dobro