1 | **GREGORY T. MURPHY**
California State Bar No. 245505
2 | **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
3 | San Diego, CA 92101-5008
(619) 234-8467/Fax: (619) 687-2666
4 | E-Mail: gregory_murphy@fd.org

5 | Attorneys for Rodney Parker

6

7

8 | UNITED STATES DISTRICT COURT

9 | SOUTHERN DISTRICT OF CALIFORNIA

10 | **(HONORABLE LARRY A. BURNS)**

11 | UNITED STATES OF AMERICA,                )    Case No. 08CR0854-LAB-01
                                                           )
12 |             Plaintiff,                             )
                                                           )
13 | v.                                                    )    **CERTIFICATE OF SERVICE**
                                                           )
14 | RODNEY PARKER,                          )
                                                           )
15 |             Defendant.                         )
                                                           )
16

17 |         Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of his

18 | information and belief, and that a copy of the foregoing document has been served this day upon:

19 | Joseph J.M. Orabona
joseph.orabona@usdoj.gov,glory.rascon@usdoj.gov,efile.dkt.gc1@usdoj.gov; and

20

21 | Maxine I. Dobro
maxdobro@aol.com

22 | Respectfully submitted,

23

24 | DATED:        April 15, 2008                     /s/ Gregory T. Murphy
                                                          **GREGORY T. MURPHY**
25 |                                                         Federal Defenders of San Diego, Inc.
                                                          Attorneys for Rodney Parker
26

27

28