**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**
(Honorable Larry A. Burns)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal No. 08-0854-LAB |
| Plaintiff, | ) | **ORDER TO CONTINUE** |
| vs. | ) | |
| ANGELA WITTMER, | ) | |
| Defendant. | ) | |

IT IS HEREBY ORDERED that the motion hearing and trial setting date in the above matter, currently set for 5 May 2008 at 2:00 p.m. be hereby continued to May 19, 2008, at 2:00 p.m.

Any defendant released on bond shall file an acknowledgment of the next court date before the 5 May 2008 hearing date.

DATED: April 17, 2008

*Larry A. Burns*

**HONORABLE LARRY ALAN BURNS**
United States District Judge