```
 1 | MAXINE I. DOBRO
   | 105 West F Street, 3rd Floor
 2 | San Diego, CA 92101-6036
   | (619) 232-5044
 3 | BAR #98962
 4 |
   | Attorney for Defendant
 5 | Angela Wittmer
 6 |
 7 |              UNITED STATES DISTRICT COURT
 8 |             SOUTHERN DISTRICT OF CALIFORNIA
   |              (Honorable Larry A. Burns)
 9 |
10 | UNITED STATES OF AMERICA,    ) Criminal No. 08-0854-LAB
                                  )
11 |         Plaintiff,            ) ACKNOWLEDGMENT OF
                                  ) APPEARANCE
12 | vs.                           )
                                  )
13 |                               ) Date: 19 May 2008
                                  ) Time: 2:00 p.m.
14 | Angela Wittmer,               )
                                  )
15 |         Defendant.            )
16 |
                    ACKNOWLEDGMENT OF APPEARANCE
17 |
         I, Angela Wittmer, hereby acknowledge that my attorney, Maxine
18 |
    Dobro, has informed me that my next court appearance in the above-case
19 |
    is on 19 May 2008 at 2:00 p.m., before Judge Burns. I am aware of the
20 |
    date, I know that it is for a motion hearing and trial setting date
21 |
    and I intend to appear in court at that date and time. I also
22 |
    understand that I do not need to appear on 5 May 2008.
23 |
24 |
    Dated: 4/23/08                          /s/ Angela Wittmer
25 |                                         Angela Wittmer
26 |
27 |
28 |                                              087cr0824
```