# Exhibit 2

Case 3:08-cr-00854-LAB    Document 35-3    Filed 05/13/2008    Page 2 of 3

Page 1 of 2

| AGENCY | CAD INCIDENT NUMBER | SAN DIEGO REGIONAL NARRATIVE | AGENCY CASE NUMBER | | |
|---|---|---|---|---|---|
| RELATED CASE NUMBER (KEY CASE) | | | FROM DAY | DATE | TIME |
| | | OFFICER'S REPORT ONLY ☒ | SATURDAY | 2/16/2008 | 16:40 |
| CODE SECTION AND DESCRIPTION (ONE INCIDENT ONLY) | | | THROUGH DAY | DATE | TIME |
| LOCATION OF INCIDENT | | | | | BEAT |
| 2600 Blk. Jimmy Durante Blvd. | | | | | |
| REPORTING OFFICER | ARJIS# | DIVISION | | DATE OF REPORT | TIME |
| C. Berlinsky | | EPS/DET | | 2/16/2008 | 16:40 |
| PRIMARY VICTIM'S NAME | | PRIMARY SUSPECT'S NAME | | SUSPECT'S DOB | AGE/RNG |
| State of California | | Parker, Rodney | | 7/22/1975 | 32 |

## ORIGIN:

On 02-26-08, I was assigned to patrol the Crossroads of the West Gun Show at the Del Mar Fairgrounds. I was with working with Deputy Lopez and we were in full Sheriff's uniform. We were periodically on foot patrol or driving a marked Sheriff's Patrol car throughout the day. Federal agents from Alcohol Tobacco and Firearms (ATF), Immigration and Customs Enforcement (ICE) and agents from the Department of Justice were working in an undercover capacity at the gun show.

## DEPUTY'S OBSERVATIONS AND ACTIONS:

At approximately 1615 Hrs, I was contacted by cellular telephone by ATF Agent Scott Wakelin. Agent Wakelin told me he had observed a male and a female get out of a green Mercury Mountaineer license 4UPT113/Ca in the west parking lot of the fairgrounds. Agent Wakelin told me he had conducted a registration check on the vehicle and determined the vehicle was registered to a Rodney Parker. Agent Wakelin further told me he had conducted a records check on Parker and found out that Rodney Parker DOB 07-22-75 had been convicted of two felonies and had been released from parole in January of 2007. The male that had been the driver of the green Mercury Mountaineer matched the physical description of Parker. Because Parker has felony convictions, he cannot be in possession of firearms or ammunition.

Agent Wakelin requested that I follow the vehicle out of the fairgrounds and attempt a traffic stop on it when the occupants returned.

I located the vehicle and saw the driver and front passenger windows were tinted in violation of 26708(a)(1) VC. I then parked my marked Sheriff's Patrol car about 30 yards to the south of the Mercury Mountaineer where Deputy Lopez and I could clearly observe the vehicle. We waited for the man and the woman to return to their vehicle.

At about 1635 Hrs, Deputy Lopez and I saw Parker and a woman later identified as Angela Wittmer DOB 09-29-80 return to the Mercury Mountaineer. Both were carry yellow plastic bags with heavy objects in them, consistent with boxes of ammunition. Parker opened the rear driver's side door and placed his bag in the back seat. Wittmer opened the rear passenger side door and placed her bag in the back seat.

Parker and Wittmer then got in their vehicle and began driving eastbound through the fairgrounds. I followed the Mountaineer through the fairgrounds to Jimmy Durante Blvd, where Parker turned

| REPORTING OFFICER | ID# | DIVISION | REVIEWED BY | DATE REVIEWED | TIME REVIEWED |
|---|---|---|---|---|---|
| C. Berlinsky | | EPS/DET | | 2-21-8 | |

ARJIS-9 (REV. 5-99)

28

**NARRATIVE**                                                                 Page 2 of 2

| CODE SECTION | | CASE NUMBER | |
|---|---|---|---|
| | | REPORT DATE | 2/16/2008 |

northbound. I followed the vehicle and activated my emergency lights. The vehicle yielded and stopped on Jimmy Durante Blvd.

I contacted Parker who presented me with his valid California Driver's License. I compared the picture on the license to the driver. The driver's license confirmed that the driver was Rodney Jonathan Parker DOB 07-22-75.

I asked Parker if he had any ammunition in the vehicle. Wittmer however, spoke up, and told me, <u>she</u> had purchased the ammunition. I then walked around to the passenger side of the vehicle. I asked Wittmer for her driver's license and she presented it to me.

ATF Agents Wakelin and Beals then arrived on the scene. I explained to them that Wittmer told me she had purchased ammunition at the gun show. Agents Wakelin and Beals then took over the contact and investigation.

**REFERENCES:**

See arrest reports on Parker and Wittmer by Agent Wakelin.

| REPORTING OFFICER | ID # | DIVISION | REVIEWED BY | DATE REVIEWED | TIME REVIEWED |
|---|---|---|---|---|---|
| C. Berlinsky | | EPS/DET | | 2-21-8 | |

ARJIS-9 (REV. 5-99)

29