UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>RODNEY PARKER (1),<br>ANGELA WITTMER (2),<br><br>　　　　　Defendant. | Case No. 08CR0854-LAB<br><br>**ORDER** |

　　　IT IS HEREBY ORDERED for good cause having been shown, that the United States' response in opposition (docket no. 35) to Defendants' motions (docket nos. 27, 31, and 32), in the above-captioned case, be permitted to be filed in excess of twenty-five pages, pursuant to Crim. L.R. 47.1(e), to be heard on May 19, 2008, at 2:00 p.m., or soon thereafter as counsel may be heard.

DATED: May 16, 2008

*Larry A. Burns*

**HONORABLE LARRY ALAN BURNS**
United States District Judge