PS8D                                                          August 29, 2008

UNITED STATES DISTRICT COURT
FOR THE
SOUTHERN DISTRICT OF CALIFORNIA

Petition for Warrant for Defendant on Pretrial Release

**Name of Defendant:** Wittmer, Angela          **Dkt No.:** 08CR0854LAB-002

**Reg. No.:** 07247-298
**Name of Judicial Officer:** The Honorable Larry Alan Burns, United States District Judge

**Next Court Date:** September 15, 2008, at 11:00 a.m. for a Accept Plea with P.O. Report.

**Charged Offense:** Count1-Conspiracy to Make False Statement in the Attempted Acquisition of Firearms and Criminal Forfeiture. Count 2- False Statement in the Attempted Acquisition of Firearms and Criminal Forfeiture.

**Date Conditions Ordered:** February 28, 2008, before the Honorable William McCurine, Jr., U.S. Magistrate Judge

**Conditions of Release:** Restrict travel to Southern District of California and do not enter Mexico; report for supervision to Pretrial Services Agency (PSA) as directed by the assigned Pretrial Services Officer and pay for the reasonable costs of supervision in an amount determined by PSA and approved by the Court; not possess or use any narcotic drug or other controlled substance as defined in 21 U.S.C.§ 802, without a lawful medical prescription; not possess any firearm or other dangerous weapon or explosive device; provide the court a current residence address and telephone number prior to release from custody and keep it current while the case is pending; submit to treatment, and/or testing, as specified by the PSO, for drugs or alcohol and Pretrial Services must approve any drug treatment facility.

**Modification:** On March 13, 2008, Judge William McCurine, Jr., ordered the defendant to participate in the Family Recovery Center in Oceanside, California and the defendant is not allowed to have a transitional residential living situation at or through the recovery center.

**Date Released on Bond:** April 14, 2008


**AUSA:** Joseph J.M. Orabona               **Defense Counsel:** Maxine I. Dobro
         (619) 557-7736                                        (619)232-5044

**Prior Violation History:** None

Name of Defendant: Wittmer, Angela
Dkt No.: 08CR0854LAB-002                                              Page 2

## PETITIONING THE COURT

**ISSUE A NO BAIL BENCH WARRANT**

The Pretrial Services officer believes the defendant has violated the following condition(s) of pretrial release:

| CONDITION(S) | ALLEGATION(S) OF NONCOMPLIANCE |
|---|---|
| **(Special Condition)** Must reside and participate in the Family Recovery Center | 1. On August 28, 2008, the defendant left the Family Recovery Center, residential drug treatment facility. |

### *Grounds for Revocation:*

On August 28, 2008, Ms. Quigley, counselor with the Family Recover Center, contacted Pretrial Services to advise the defendant has not been seen since 11:30 a.m. The staff searched the facility for the defendant, however, attempts to locate the defendant have been unsuccessful. Furthermore, Ms. Quigley advised the defendant did not have permission to leave the facility.

On August 28, 2008, our office contacted the defendant's uncle/surety, Don Barry, to inquire if he knew her whereabouts. He advised he lived in Texas and had not spoken to anyone in California for over a week. He indicated if he did hear from her he would advise her to turn herself in.

On August 28, 2008, our office contacted the defendant's grandmother/surety Eva Schmerberg, however, spoke to James Barry, her son on her behalf. He advised he had been contacted by the facility and was advised the defendant left the program. He indicated he had not heard from the defendant but if he did he would encourage her to turn herself in.

Additionally, the undersigned contacted the defendant's attorney, Maxine Dobro, on August 28, 2008, and she reported she was unaware of the defendant's whereabouts at this time. Ms. Dobro indicated she would try to locate the defendant.

**Name of Defendant:** Wittmer, Angela

**Dkt No.:** 08CR0854LAB-002                                                                 Page 3

---

### *RECOMMENDATION/JUSTIFICATION*

Information has been reported to our office indicating the defendant left the Family Recovery Center on August 28, 2008, and has not returned. Pretrial Services' last contact with the defendant was on August 14, 2008. Pretrial Services has not been able to contact or locate the defendant, therefore, her whereabouts are currently unknown.

**I declare under penalty of perjury that the foregoing is true and correct.**

**Executed on: August 29, 2008**

Respectfully submitted:                                        Reviewed and approved:

LORI A. GAROFALO

CHIEF PRETRIAL SERVICES OFFICER

by _____            _____
    Isabel Davila                                                     Jeff Larsen
    United States Pretrial Service Officer              Supervising U.S. Pretrial Services Officer
    (619)557-7208
    San Diego, California

**Name of Defendant:** Wittmer, Angela

**Dkt No.:** 08CR0854LAB-002                                                                 Page 4

---

**THE COURT ORDERS:**

✓ AGREE, ISSUE A NO BAIL BENCH WARRANT FOR DEFENDANT'S ARREST SO SHE MAY BE BROUGHT BEFORE THE COURT TO SHOW CAUSE WHY PRETRIAL RELEASE SHOULD NOT BE REVOKED FOR THE ALLEGED VIOLATIONS.

__ Other _____

_____

_____

_____                    _____
The Honorable Larry Alan Burns                                    Date
United States District Judge