AO 442

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

V.

Angela Wittmer

**WARRANT FOR ARREST**

CASE NUMBER: 08cr854 LAB

*[handwritten:] 02247-298  9/29/1980*
*[stamp:] FILED 2008 SEP 10 AM 8:35  SOUTHERN DISTRICT ... BY ___ DEPUTY*

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest ___Angela Wittmer___
Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment  ☐ Information  ☐ Complaint  ☐ Order of Court  ☐ Violation Notice  ☐ Probation Violation Petition
☒ Pretrial Violation

charging him or her with (brief description of offense)

DATE 9/8/08
ARRESTED BY: Self Surrendered
STEVEN C. STAFFORD
ACTING U.S. MARSHAL, S/CA
BY: [signature]

*[stamp:] RECEIVED 2008 SEP -2 P 4:12 U.S. MARSHAL SOUTHERN DISTRICT OF CALIFORNIA*

In violation of Title ___See Above___ United States Code, Section(s) ___

| | |
|---|---|
| W. Samuel Hamrick, Jr. | Clerk of the Court |
| Name of Issuing Officer | Title of Issuing Officer |
| [signature] P. DELA CRUZ | September 2, 2008   San Diego, CA |
| Signature of Deputy | Date and Location |

Bail fixed at $ ___No Bail___ by ___The Honorable Larry A. Burns___
Name of Judicial Officer

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at _____

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

*[handwritten:] CLASS I B'    Vazquez, R.    DUE 9/4*